*Wednesday, March 13, 1996*

## MOTION DOCKET

**96–502.** Bar–Tec, Inc. v. Ohio Dept. of Liquor Control. *Franklin County*, No. 95APE10–1331. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Upon consideration of appellants' motion for injunctive relief,

IT IS ORDERED by the court that a stay pending disposition of this appeal be, and hereby is, granted, effective March 12, 1996.

PFEIFER, J., dissents.

## MISCELLANEOUS DISMISSALS

**96–503.** Signs v. Ohio Dept. of Rehab. & Corr. *Franklin County*, No. 94API05–628. Appellant has filed an untimely appeal of the court of appeals' decision affirming the judgment of the Ohio Court of Claims. This appeal involves a civil matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Therefore,

IT IS ORDERED by the court, *sua sponte,* effective March 12, 1996, that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.